### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

**IN RE:**

**Efrain Rosario, Jr.   and**
**Cynthia L Rosario**
**aka Cynthia L Hidalgo Rosario**
**fka Cynthia L Hidalgo**

      **Debtor(s).**

                            **CASE NO. 14-26891-RBR**
                            **CHAPTER   7**

_____/

### MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)

**Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

BANK OF AMERICA, N.A. ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 10248 SW 12TH STREET, PEMBROKE PINES, FL 33025 (the "Property").   The facts and circumstances supporting this Motion are set forth in the (i) Affidavit in Support of Motion for Relief from Automatic Stay (the "Affidavit") and (ii) Indebtedness Worksheet (the "Indebtedness Worksheet") both of which are attached hereto as composite Exhibit A.   In further support of this Motion, Movant respectfully states:

      1.      A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on July 28, 2014.

      2.      Upon information and belief, the Property has not been claimed exempt by the Debtor(s).   Upon information and belief, the Property has not been abandoned by the trustee.

3.      The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note, dated March 24, 2006, in the original principal amount of $295,000.00 (the "Note").   A true and correct copy of the Note is attached hereto as Exhibit B. The Movant is an entity entitled to enforce the Note.

4.      Pursuant to that certain Mortgage, dated March 24, 2006 (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property.   A true and correct copy of the Mortgage is attached hereto as Exhibit C.

5.      The legal description of the Property is:

**ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF BROWARD AND STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS FOLLOWS: A PORTION OF TRACT A, THE LANDINGS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140 AT PAGE 22 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID TRACT A; THENCE RUN SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST ALONG THE NORTH LINE OF SAID TRACT A FOR 1755.29 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 652.50 FEET; THENCE NORTH 87 DEGREES 49 MINUTES 35 SECONDS EAST FOR 250.00 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 17.50 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL OF LAND; THENCE CONTINUE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 105.00 FEET; THENCE NORTH 87 DEGREES 49 MINUTES 35 SECONDS EAST FOR 75.00 FEET; THENCE NORTH 2 DEGREES 10 MINUTES 25 SECONDS WEST FOR 105.00 FEET: THENCE SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST FOR 75.00 FEET TO THE POINT OF BEGINNING, ALL LYING AND BEING IN SECTION 19, TOWNSHIP 51 SOUTH, RANGE 41 EAST, CITY OF PEMBROKE PINES, BROWARD COUNTY. FLORIDA.**

**SAID MORTGAGE WAS RECORDED IN OFFICIAL RECORDS BOOK 41809, AT PAGE 673, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA ON APRIL 13, 2006.**

6.      The post-petition payment address is:   P.O. Box 660933, Dallas, TX   75266-0933.

7.      The total prepetition indebtedness of the Debtor(s), as more fully detailed and reflected on the Indebtedness Worksheet, is $415,522.00.

8.      The total outstanding amount of the Obligations as of August 08, 2014 is $416,974.63.

9.      The estimated market value of the Property is $198,960.00.   The basis for such valuation is Debtor's Schedule D.

10.     Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $404,500.00.

11.     Cause exists for relief from the automatic stay for the following reasons:

(a)     Movant's interest in the Property is not adequately protected.

(b)     Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

12.     Pursuant to Local Rule 9011-4(B)(1), I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

13.     I further certify that I have contacted opposing counsel and Trustee in an attempt to resolve these issues without a hearing pursuant to Local Rule 9073-1(D).

**WHEREFORE**, Movant prays that this Court issue an order terminating or modifying the stay and granting the following:

1.      Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4.      For such other relief as the Court deems proper.


Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR BANK OF AMERICA, N.A.

B14007711

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by regular U.S. Mail to all parties listed below this 20 day of August 2014.

Efrain Rosario, Jr.
10248 SW 12 St
Pembroke Pines,   FL   33025

Cynthia L Rosario
aka Cynthia L Hidalgo Rosario
fka Cynthia L Hidalgo
10248 SW 12 St
Pembroke Pines,   FL   33025

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by Electronic Mail to all parties listed below this 20 day of August 2014.

Jeffrey Solomon
solomonjeffrey@hotmail.com

Kenneth A. Welt, Trustee
kaw@kawpa.com

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ REKA BEANE
Reka Beane
Florida Bar No. 0052919
ATTORNEY FOR BANK OF AMERICA,
N.A.