UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

IN RE:

**EFRAIN ROSARIO, JR.**
**CYNTHIA ROSARIO**

                                    Case No. 14-26891-BKC-RBR
                                     Chapter 7

      Debtors.
_____/

## MOTION TO ALLOW THE TRUSTEE TO SOLICIT OFFERS
## ON REAL PROPERTY OF THE ESTATE

      **COMES NOW, Kenneth A. Welt,** as the Chapter 7 Trustee of the case captioned above and does file this *Motion to Allow the Solicit Offers on Real Property of the Estate* and in support thereof states as follows:

### BACKGROUND

1. The debtor filed a voluntary Chapter 7 petition on July 28, 2014 and Kenneth A. Welt was appointed to serve as the Chapter 7 Trustee.
2. The debtor has listed a parcel of real property described as :

    **10248 SW 12th Street**                    Pembroke Pines, Fla.  33025

3. This property is not claimed exempt on Schedule "C" by the debtor and the debtor indicated they are surrendering the property on *Statement of Intentions*.
4. The petitions reflect a secured lien being held by **Bank of America** in the amount of     $ 416,974.63
5. A Motion for Relief has been filed by the lender

## RELIEF REQUESTED

6. The Trustee has been in contact with lender representative and was given procures to follow in order to submit offers. The Trustee wishes to initiate the process as outlined by the lender.

7. Under separate Motion, the Trustee will be requesting the approval of the retention of a real estate broker who will market the property for sale and enter the listing on the local Multiple Listing Service ("MLS").

## UNDERSTANDING OF THE PARTIES

8. There is no restriction or limitation for the secured lender to pursue a Motion for Relief at any time during the administration of the case.

9. If an agreement is reached with the lender allowing for a short sale, an agreeable "carve out" to benefit the estate will be negotiated.

10. A Motion To Sell will be filed separately with sale details

11. There will be no Motion filed in which the Trustee will seek a surcharge.

**WHEREFORE**, the Trustee respectfully requests this Court enter an Order (1) Granting this Motion, (2) allowing the Trustee to solicit offers to sell the real estate; and (3) granting other relief it deems appropriate.

Dated:  August 23, 2014

/s/   *Kenneth A. Welt, Trustee*

_____

Kenneth A. Welt, Trustee
1776 N. Pine Island Rd. - 222
Plantation, Fla.  33322
E:  kaw@kawpa.com
P:  (954) 889-3403

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Fort Lauderdale Division

IN RE:

**EFRAIN ROSARIO, JR.**
**CYNTHIA ROSARIO**

                                      Case No. 14-26891-BKC-RBR
                                          Chapter 7

    Debtor.
_____/

**CERTIFICATE OF SERVICE OF**
**MOTION TO ALLOW THE TRUSTEE TO SOLICIT OFFERS**
**ON REAL PROPERTY OF THE ESTATE**

    **I  CERTIFY THAT** a copy of *Trustee's Motion To Allow the Trustee to Solicit Offers on Real Property of the Estate* was provided by electronic transmission or first class mail  to the following persons this 25 day of August, 2014.

**Sent By Electronic Notice:**
Reka Beane on behalf of Creditor Bank of America, N.A.
sobkmail@wolfelawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jeffrey Solomon, Esq on behalf of Debtor Efrain Rosario, Jr.
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Jeffrey Solomon, Esq on behalf of Joint Debtor Cynthia L Rosario
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

**First Class Mail**
Mr. & Mrs Rosario
10248 SW 12th St.
Pembroke Pines, Fla.  33025

                                               /s/    *Kenneth A. Welt, Trustee*

                                            _____

                                            Kenneth A. Welt, Trustee
                                            1776 N. Pine Island Rd. - 222
                                            Plantation, Fla.  33322

E: kaw@kawpa.com
P: (954) 889-3403