

ORDERED in the Southern District of Florida on September 10, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Efrain Rosario, Jr. and Cynthia L Rosario
a/k/a Cynthia L Hidalgo Rosario
f/k/a Cynthia L Hidalgo,

    Debtors.                                            CASE NO. 14-26891-RBR
                                                                        CHAPTER: 7
_____/

AGREED ORDER GRANTING BANK OF AMERICA, N.A.
RELIEF FROM STAY EFFECTIVE 90 DAYS FROM THE DATE OF ORDER
(To Cancel Hearing scheduled for September 23, 2014 at 9:30 AM)

    THIS CAUSE came on for consideration pursuant to the Motion For Relief From Stay [ECF No. 12] filed by BANK OF AMERICA, N.A. ("Movant") and the Limited Objection [ECF No. 13] filed by Trustee.   By submission of this order for entry, the submitting counse represents that the Trustee consents to its entry.   The Court, having considered said Motion and having agreement of the Movant and Trustee, is of the opinion that it is appropriate to enter an Order on such Motion For Relief From Stay without hearing. Therefore, it is

    **ORDERED**:

1. The Motion for Relief From Stay filed by BANK OF AMERICA, N.A. is granted effective ninety (90) days from the date of this Order.

2. The Trustee may market the Property for 90 days.

2. The automatic stay provided by 11 U.S.C. 362 is lifted as to Movant, its successors and assigns, ninety (90) days from the date of this Order.   Effective ninety (90) days from the date of this Order the automatic stay is modified to permit the Movant, its successors and/or assigns, to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

> **ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF BROWARD AND STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS FOLLOWS: A PORTION OF TRACT A, THE LANDINGS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140 AT PAGE 22 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID TRACT A; THENCE RUN SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST ALONG THE NORTH LINE OF SAID TRACT A FOR 1755.29 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 652.50 FEET; THENCE NORTH 87 DEGREES 49 MINUTES 35 SECONDS EAST FOR 250.00 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 17.50 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL OF LAND; THENCE CONTINUE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 105.00 FEET; THENCE NORTH 87 DEGREES 49 MINUTES 35 SECONDS EAST FOR 75.00 FEET; THENCE NORTH 2 DEGREES 10 MINUTES 25 SECONDS WEST FOR 105.00 FEET: THENCE SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST FOR 75.00 FEET TO THE POINT OF BEGINNING, ALL LYING AND BEING IN SECTION 19, TOWNSHIP 51 SOUTH, RANGE 41 EAST, CITY OF PEMBROKE PINES, BROWARD COUNTY. FLORIDA.**
>
> **a/k/a 10248 SW 12TH STREET, PEMBROKE PINES, FL 33025.**

3. The entry of this Order does not prevent the Debtors from reinstating or paying off the amounts due and owing, including bankruptcy attorney's fees and costs, as permitted by state law and the Note and Mortgage.

4. This Order is entered for the sole purpose of allowing Movant, its successors and

assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above. Movant, its successors and assigns, shall not seek or obtain an *in personam* judgment against the Debtors.

     5.    It is further ordered that Movant may offer and provide Debtors with information in regard to a potential forbearance Agreement, Loan modification, Refinance Agreement or other Loan workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor(s). Movant, however, may not enforce or threaten to enforce any personal liability against Debtor(s) if Debtor(s) personal liability is discharged in this bankruptcy.

     6.    The stay imposed by Fed.R.Bankr.P. 4001(a)(3) is waived to the extent consistent with this Order.

###

Submitted by:
Reka Beane
FLORIDA BAR NO. 0052919
Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida   33622-5018
Phone   (813) 251-4766
Fax   (813) 251-1541
bkatt@wolfelawfl.com
B14007711

The Movant is directed to serve copies of this order on the parties listed and file a certificate of service with the Court.

Efrain Rosario, Jr.
10248 SW 12 St
Pembroke Pines,   FL 33025

Cynthia L Rosario
10248 SW 12 St
Pembroke Pines,   FL 33025

Jeffrey Solomon, Esquire
3864 Sheridan St
Hollywood,   FL 33021

Kenneth A. Welt, Trustee
1776 N. Pine Island Rd.
Ste. 222
Plantation,   FL 33322

BANK OF AMERICA, N.A.
7105 Corporate Drive   MS-PTX-B-209
Plano, TX   75024