IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**IN RE:**

**Efrain Rosario, Jr. and
Cynthia L Rosario
aka Cynthia L Hidalgo Rosario
fka Cynthia L Hidalgo**                              **CASE NO. 14-26891-RBR**
                                                                 **CHAPTER   7**

         **Debtor(s).**
_____/

**CERTIFICATE OF SERVICE OF AGREED ORDER
GRANTING BANK OF AMERICA, N.A. RELIEF FROM STAY**

I CERTIFY that a true and correct copy of AGREED ORDER GRANTING BANK OF AMERICA, N.A. RELIEF FROM STAY [ECF No. 28] was served either electronically or by first class U.S. Mail to the parties listed below on September 17, 2014.

Jeffrey Solomon, Esq. at solomonjeffrey@hotmail.com

Kenneth A. Welt, Trustee, at kaw@kawpa.com

Efrain Rosario, Jr.
10248 SW 12 St
Pembroke Pines,   FL   33025

Cynthia L Rosario
10248 SW 12 St
Pembroke Pines,   FL   33025

                                        Ronald R Wolfe & Associates, P.L.
                                        Post Office Box 25018
                                        Tampa, FL 33622-5018
                                        (813) 251-4766 Ext: 3039
                                        Fax: 813-251-1541
                                        Email: bkatt@wolfelawfl.com
                                        By: /s/ REKA BEANE
                                        Reka Beane
                                        Florida Bar No. 0052919
                                        ATTORNEY FOR BANK OF AMERICA, N.A.

B14007711