UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

EFRAIN ROSARIO, Jr.                                          Case No. 14-26891-RBR
CYNTHIA L ROSARIO,                                           Chapter 7

      Debtor(s).
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that true and correct copies of the *Trustee's Motion for an Order (I) Authorizing the Sale Of 10248 SW 12 Street, Pembroke Pines, FL 33025, Free Of Liens, Claims Encumbrances Or Interests Pursuant to 11 U.S.C. §363; (II) Approving Contract Of Sale; (III) Approving Form And Manner Of Notice; and (IV) Approving Surcharge Of Collateral* [ECF No. 38] and the *Notice of Hearing of Trustee's Motion for an Order (I) Authorizing the Sale Of 10248 SW 12 Street, Pembroke Pines, FL 33025, Free Of Liens, Claims Encumbrances Or Interests Pursuant to 11 U.S.C. §363; (II) Approving Contract Of Sale; (III) Approving Form And Manner Of Notice; and (IV) Approving Surcharge Of Collateral* [ECF No. 39] were served on January 30, 2015, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Composite Exhibit 1; via U.S. Mail on January 30, 2015, upon the parties listed on the attached Exhibit 2 and via Certified U.S. Mail on January 30, 2015, upon: Bank of America, National Association, Attn: Brian T. Moynihan, CEO, 100 North Tryon Street, Charlotte, NC 28202.

      Dated: January 30, 2015.        s/ Lawrence E. Pecan, III
      Lawrence E. Pecan, III, Esquire
      Florida Bar No. 99086
      lpecan@melandrussin.com
      MELAND RUSSIN & BUDWICK, P.A.
      3200 Southeast Financial Center
      200 South Biscayne Boulevard
      Miami, Florida  33131
      Telephone: (305) 358-6363
      Telecopy: (305) 358-1221
      *Attorneys for the Trustee*

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.net, court@trusteeservices.biz, lpecan@mel
Do not notice for BK case:

Message-Id:<35230195@FLSB.USCOURTS.GOV>
Subject:14-26891-RBR Motion to Sell
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

### U.S. Bankruptcy Court

### Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Lawrence E Pecan entered on 1/30/2015 at 11:22 AM EST and filed on 1/30/2015

**Case Name:**   Efrain Rosario, Jr. and Cynthia L Rosario
**Case Number:**   14-26891-RBR
**Document Number:** 38

**Docket Text:**
Motion to Sell Free and Clear of Liens (10248 SW 12th Street, Pembroke Pines, FL 33025) pursuant to 11 USC 363 f. [$176 Fee Paid], in addition to Motion to Approve *Contract of Sale; Form and Manner of Notice; and Surcharge of Collateral* Filed by Trustee Kenneth A Welt. (Pecan, Lawrence)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Sale Motion (01566117).PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=1/30/2015] [FileNumber=35230193-0] [3ccc388cb90313f34488d658cb24219b3e3e6bae28b8fc03313ee87a1e659f8d9e a5b8257e4a7163b11c1c50ad9d1328ce0095e59b08dbc1668328c42cbe88b1]]

**14-26891-RBR Notice will be electronically mailed to:**

Reka Beane on behalf of Creditor Bank of America, N.A.
sobkmail@wolfelawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Jeffrey Solomon, Esq on behalf of Debtor Efrain Rosario, Jr.
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Jeffrey Solomon, Esq on behalf of Joint Debtor Cynthia L Rosario
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

**COMPOSITE EXHIBIT 1**

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, fl10@ecfcbis.com, pacerfilings@gmail.com, kaw@trustesolutions.net, court@trusteeservices.biz, lpecan@mel
Do not notice for BK case:

Message-Id:<35230274@FLSB.USCOURTS.GOV>
Subject:14-26891-RBR Notice of Hearing by Filer
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

U.S. Bankruptcy Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Lawrence E Pecan entered on 1/30/2015 at 11:25 AM EST and filed on 1/30/2015

**Case Name:**           Efrain Rosario, Jr. and Cynthia L Rosario
**Case Number:**         14-26891-RBR
**Document Number:** 39

**Docket Text:**
Notice of Hearing by Filer (Re: [38] Motion to Sell Free and Clear of Liens (10248 SW 12th Street, Pembroke Pines, FL 33025) pursuant to 11 USC 363 f. [$176 Fee Paid], in addition to Motion to Approve *Contract of Sale; Form and Manner of Notice; and Surcharge of Collateral* Filed by Trustee Kenneth A Welt.). Hearing scheduled for 02/25/2015 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Pecan, Lawrence)

The following document(s) are associated with this transaction:

**Document description:** Notice of Hearing
**Original filename:** /tmp/Summon_656787_19018.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=1/30/2015] [FileNumber=35230272-0] [b9cab4b05aed14c6537a3a0264c119771480d78e93a9b835b184437c4579e20319 0c840e7e1a78e6028a906a6525846b1fec387aabe7f3966575a0497f691094]]

**14-26891-RBR Notice will be electronically mailed to:**

Reka Beane on behalf of Creditor Bank of America, N.A.
sobkmail@wolfelawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Jeffrey Solomon, Esq on behalf of Debtor Efrain Rosario, Jr.
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Jeffrey Solomon, Esq on behalf of Joint Debtor Cynthia L Rosario
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

Americal General Financial Services
c/o Central Credit Services Inc
POB 15118
Jacksonville, FL 32239-5118

Amex
POB 297871
Fort Lauderdale, FL 33329-7871

BK of America
c/o Capital Management Serv
726 Exchange St #700
Buffalo, NY 14210-1464

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bk of Amer
c/o Kenny Joshua Esq
Ronald Wolfe & Assoc
POB 25018
Tampa, FL 33622-5018

Bk of Amer
c/o William P Heller Esq, Akerman LLP
350 E Las Olas Blvd #1600
Fort Lauderdale, FL 33301-4247

Cavalry Portfolio Serv
POB 27288
Tempe, AZ 85285-7288

Chase
POB 24696
Columbus, OH 43224-0696

Chase-Bp
POB 15298
Wilmington, DE 19850-5298

Emerald Lakes Estate at the Landings
c/o Katzman Garfinkel & Berger
5297 W Copans Rd
Margate, FL 33063-7706

Emerald Lakes Estate at the Landings
c/o Alliance CAS, LLC
1000 E. Hallandale Beach Bvld. Ste B
Hallandale Beach, FL 33009-4434

GEMB
c/o Greystone Acquisitions LLC
35A Rust Lane
Boerne, TX 78006-8202

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Lvnv Funding Llc
POB 10497
Greenville, SC 29603-0497

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Midland Funding
8875 Aero Dr # 200
San Diego, CA 92123-2255

Midlandmcm
8875 Aero Dr #200
San Diego, CA 92123-2255

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Portfolio Recovery Ass
120 Corporate Blvd # 1
Norfolk, VA 23502-4962

SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Springlf Fin
POB 59
Evansville, IN 47701-0059

Syncb/Care Credit
POB 965036
Orlando, FL 32896-5036

Syncb/Lowes
POB 965005
Orlando, FL 32896-5005

Syncb/Steinmart
c/o Portfolio Recovery Assoc
140 Corporate Blvd
Norfolk, VA 23502-4952

Target Nb
POB 673
Minneapolis, MN 55440-0673

Thd/Cbna
POB 6497
Sioux Falls, SD 57117-6497

The Landings Master Association
c/o AMG Property Management GRP
1806 N Flamingo Rd #410 or #43
Hollywood, FL 33028-1043

The Landings Master Association
c/o Dennis Eisenger, Esq
4000 Hollywood Blvd.  Ste 265S
Hollywood, FL 33021-6782

US Small Business Administration
100 S Biscayne Blvd 7FL
Miami, FL 33131-2030

US Small Business Administration
801 Tom Martin Drive #120
Birmingham, AL 35211-6424

EXHIBIT 2

| | | |
|---|---|---|
| US Small Business Administration<br>c/o The Honorable Eric Holder<br>Attorney General of The United States<br>950 Pennsylvania Ave. NW, # 4400<br>Washington, DC 20530-0001 | US Small Business Administration<br>c/o US Attorney<br>99 NE 4th St. # 300<br>Miami, FL 33132-2131 | Cynthia L Rosario<br>10248 SW 12 St<br>Pembroke Pines, FL 33025-4701 |
| Efrain Rosario Jr.<br>10248 SW 12 St<br>Pembroke Pines, FL 33025-4701 | Jeffrey Solomon Esq<br>3864 Sheridan St<br>Hollywood, FL 33021-3634 | Kenneth A Welt<br>1776 Pine Island Rd #101<br>Plantation, FL 33322-5200 |
| Michael Mehdipour<br>2725 PGA Blvd<br>Palm Beach Gardens, FL 33410-2905 | Federal National Mortgage Association<br>(Fannie Mae)<br>Attn: Timothy J. Mayopoulos, CEO<br>3900 Wisconsin Avenue NW<br>Washington, DC 20016-2892 | LANDINGS MASTER ASSOC, INC.<br>Attn: PAUL LEWIS, Director<br>C/O MIAMI MANAGEMENT, INC<br>1145 SAWGRASS CORP. PARKWAY<br>SUNRISE, FL 33323 |
| Emerald Lake Estates at the Landings<br>Association, Inc.<br>Attn: Lloyd Green, VP<br>c/o American Management Group, LLC<br>1806 North Flamingo Road, Suite 435<br>Pembroke Pines, Fl 33028 | | |