IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Efrain Rosario, Jr. and
Cynthia L Rosario
a/k/a Cynthia L Hidalgo Rosario
f/k/a Cynthia L Hidalgo,    CASE NO. 14-26891-RBR
                            CHAPTER 7

    Debtors.
_____/

**BANK OF AMERICA, N.A.'S OBJECTION TO TRUSTEE'S MOTION
FOR AN ORDER (I)AUTHORIZING THE SALE OF 10248 SW 12 STREET,
PEMBORKE PINES, FL 33025, FREE AND CLEAR OF LIENS, CLAIMS
ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. §363;
(II) APPROVING CONTRACT OF SALE; (III) APPROVING FORM AND
MANNER OF NOTICE; AND (IV) APPROVING SURCHARGE OF COLLATERAL**

    BANK OF AMERICA, N.A. ("BANA"), its successors and/or assigns, by and through its undersigned counsel, objects to the Trustee's Motion For An Order (I) Authorizing The Sale Of 10248 Southwest 12 Street, Pembroke Pines, Florida 33025, Free And Clear Of Liens, Claims Encumbrances Or Interests Pursuant To 11 U.S.C. §363; (II) Approving Contract Of Sale; (III) Approving Form And Manner Of Notice; And (IV) Approving Surcharge Of Collateral [ECF No. 38] ("Trustee's Motion") filed on January 30, 2015, and states as follows:

    1.    On July 28, 2014, Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code.

    2.    BANA is holder of a claim that his secured by a mortgage that encumbers real property located at 10248 SW 12th Street, Pembroke Pines, FL 33025 ("Property"), which is legally described as:

> **ALL THAT CERTAIN PARCEL OF LAND SITUATE IN THE COUNTY OF BROWARD AND STATE OF FLORIDA, BEING KNOWN AND DESIGNATED AS FOLLOWS: A PORTION OF TRACT A, THE LANDINGS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140 AT PAGE 22 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE NORTHEAST CORNER OF SAID TRACT A; THENCE RUN SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST ALONG THE NORTH LINE OF SAID TRACT A FOR 1755.29 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 652.50 FEET; THENCE NORTH 87 DEGREES 49**

**MINUTES 35 SECONDS EAST FOR 250.00 FEET; THENCE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 17.50 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL OF LAND; THENCE CONTINUE SOUTH 2 DEGREES 10 MINUTES 25 SECONDS EAST FOR 105.00 FEET; THENCE NORTH 87 DEGREES 49 MINUTES 35 SECONDS EAST FOR 75.00 FEET; THENCE NORTH 2 DEGREES 10 MINUTES 25 SECONDS WEST FOR 105.00 FEET: THENCE SOUTH 87 DEGREES 49 MINUTES 35 SECONDS WEST FOR 75.00 FEET TO THE POINT OF BEGINNING, ALL LYING AND BEING IN SECTION 19, TOWNSHIP 51 SOUTH, RANGE 41 EAST, CITY OF PEMBROKE PINES, BROWARD COUNTY FLORIDA.**

3. Further, and more specifically, BANA holds an interest in the Property by virtue of that certain mortgage, executed by Debtors on March 24, 2006, and recorded on April 13, 2006 in the Official Records of Broward County, Florida at Book 41809 Page 673.

4. As detailed in BANA's Affidavit of Indebtedness filed with Motion for Relief from Automatic Stay [ECF No. 12] filed August 20, 2014, the total prepetition indebtedness of the Debtors with regard to Property is $415,522.00. Further, the total payoff figures are still pending but the amount will likely be greater than the amount due at petition date.

5. According to Trustee's Motion, the Chapter 7 Trustee proposes to sell the Property by means of a private sale for $280,000.00 and is proposing to collect a surcharge against BANA's Lien in the amount of $39,050.00 for the Trustee's expenses from the proceeds of the sale.

6. BANA objects to the Trustee's Motion as the proposed sale violates 11 U.S.C. § 363(f) as the proposed sale price is not sufficient to pay the claim in full and BANA does not consent to the proposed sale.

7. BANA has not approved terms of a short sale.

8. BANA requests that the Trustee's proposed sale is contingent on BANA's short sale approval and written consent.

9. In the event this Honorable Court overrules BANA's Objection to the proposed sale, thus allowing the Trustee to sell the Property, BANA respectfully requests that (a) Trustee's sale of the property be explicitly conditioned on obtaining BANA's written consent to a "short sale" at or prior to closing; and (b) that all proceeds from the sale (if consented to by BANA) that are necessary to satisfy the lien held by BANA shall attach to BANA's lien at the time of the sale and shall not become property of the Debtors' bankruptcy estate nor be subject to distribution by the Trustee.

10. BANA does not consent to the sale of the Property for an amount that is less that the entire amount of its lien. BANA avers that, pursuant to 11 U.S.C. § 363(f), the "short sale" of the Property may not be conducted without BANA's express consent and approval.

11. BANA reserves the right to supplement this Objection as necessary.

**WHEREFORE**, BANK OF AMERICA, N.A, respectfully requests that this Honorable Court deny the Trustee's Motion, or in the alternative, grant the Motion under the aforementioned conditions and restrictions.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3039
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Reka Beane
Reka Beane
Florida Bar No. 52919
ATTORNEY FOR BANK OF AMERICA, N.A.

**CERTIFICATE OF SERVICE**

  I CERTIFY that copies of the foregoing Objection to Motion for Order Authorizing Sale have been furnished by regular U.S. Mail to all parties listed this 24 day of February, 2015.

Efrain Rosario, Jr.
10248 SW 12 St
Pembroke Pines, FL   33025

Cynthia L Rosario
10248 SW 12 St
Pembroke Pines, FL   33025

  I CERTIFY that copies of the foregoing Objection to Motion for Order Authorizing Sale have been furnished by Electronic Mail to all parties listed this 24 day of February, 2015.

Jeffrey Solomon
solomonjeffrey@hotmail.com
3864 Sheridan St
Hollywood, FL   33021

Kenneth A. Welt, Trustee
kaw@kawpa.com
1776 Pine Island Rd.#101
Plantation, FL   33322

             Ronald R Wolfe & Associates, P.L.
             Post Office Box 25018
             Tampa, FL 33622-5018
             (813) 251-4766 Ext: 3039
             Fax: 813-251-1541
             Email: bkatt@wolfelawfl.com

             By: /s/ Reka Beane
             Reka Beane
             Florida Bar No. 52919
             ATTORNEY FOR BANK OF AMERICA, N.A.

B14007711