IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                     CASE No.    14-26891-RBR

EFRAIN ROSARIO, JR
CYNTHIA L ROSARIO AKA CYNTHIA L
HIDALGO ROSARIO FKA CYNTHIA L HIDALGO

                             DEBTOR(S).
_____/

## EXPARTE MOTION FOR EXTENSION OF TIME TO SUBMIT ORDER DENYING TRUSTEE'S MOTION FOR AN ORDER (I) AUTHORIZING THE SALE OF 10248 SW 12 STREET, PEMBROKE PINE, FL 33025, FREE AND CLEAR OF LIENS, CLAIMS ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. §363; (II) APPROVING CONTRACT OF SALE, (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING SURCHARGE OF COLLATERAL

COMES NOW, Bank of America, N.A., and Federal National Mortgage Association also known as FNMA (hereinafter "Secured Creditor"), by and through its undersigned counsel, and hereby requests an extension of time for which to submit order on Trustee's Motion For An Order (I) Authorizing The Sale of 10248 sw 12 Street, Pembroke Pine, Fl 33025, Free And Clear Of Liens, Claims Encumbrances Or Interests Pursuant To 11 U.S.C. §363; (Ii) Approving Contract Of Sale, (Iii) Approving Form And Manner Of Notice; And (Iv) Approving Surcharge Of Collateral and as grounds would state as follows:

1. This is a Chapter 7 bankruptcy petition for relief filed by the debtors on July 28, 2015 in the Southern District of Florida, Fort Lauderdale division.

2. That the Court has jurisdiction over these proceedings.

3. That on the hearing of February 25, 2015 this court ordered the parties to submit briefed orders which the court would take under advisement.

4. Secured Creditor will require additional time to be able to complete its proposed order to research the issues presented.

Our Case #: 15-000440-Def\14-26891-RBR\FNMA

5. Secured Creditor request an additional ten (10) days to be able to submit its proposed order.
6. That this Motion is made in good faith and not for the purpose of harassment and/or delay.
7. That no party will be prejudiced by the granting of this Motion.

**WHEREFORE**, Plaintiff requests that this Honorable Court grant its Motion for Extension of Time to Respond to Defendant`s discovery request(s) and for such other and further relief that this Court deems just and proper.

                        **Gladstone Law Group, P.A.**

**BY:** /s/ Shirley Palumbo
      Attorney for Secured Creditor
      1499 W. Palmetto Park Road
      Suite 300
      Boca Raton, FL 33486
      Telephone #: 561-338-4101
      Fax #: 561-338-4077
      FBN 73520
      ecf@gladstonelawgroup.com
      spalumbo@gladstonelawgroup.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on <u>March 6</u>, 2015, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

| | | |
|---|---|---|
| Jeffrey Solomon, Esq.<br>3864 Sheridan Street<br>Hollywood, FL 33021<br>solomonjeffrey@hotmail.com | Lawrence E Pecan<br>Meland Russin<br>& Budwick, P.A.<br>200 South Biscayne Blvd.<br>Suite 3200<br>Miami, FL 33131 | Kenneth A Welt Trustee<br>1776 Pine Island Rd #222<br>Plantation, FL 33322 |

and on <u>March 6,</u> 2015, a true and correct copy was mailed to the non-CM/ECF participants listed below:

| | |
|---|---|
| Efrain Rosario, Jr<br>10248 SW 12 St<br>Pembroke Pines, FL 33025 | Cynthia L Rosario<br>aka Cynthia L Hidalgo Rosario<br>fka Cynthia L Hidalgo<br>10248 SW 12 St<br>Pembroke Pines, FL 33025 |

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                          **Gladstone Law Group, P.A.**

                               **BY:** /s/ Shirley Palumbo
                                    Attorney for Secured Creditor
                                    1499 W. Palmetto Park Road
                                    Suite 300
                                    Boca Raton, FL 33486
                                    Telephone #: 561-338-4101
                                    Fax #: 561-338-4077
                                    FBN 73520
                                    ecf@gladstonelawgroup.com
                                    spalumbo@gladstonelawgroup.com