UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

EFRAIN ROSARIO, Jr.
CYNTHIA L ROSARIO,                                          Case No. 14-26891-RBR
                                                            Chapter 7

     Debtor(s).
_____/

## NOTICE OF ABANDONING REQUEST FOR SURCHARGE IN TRUSTEE'S MOTION FOR AN ORDER (I) AUTHORIZING THE SALE OF 10248 SW 12 STREET, PEMBROKE PINES, FL 33025, FREE OF LIENS, CLAIMS ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. §363; (II) APPROVING CONTRACT OF SALE; (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING SURCHARGE OF COLLATERAL

     The Trustee, Kenneth A. Welt, hereby gives notice that he is no longer seeking a surcharge pursuant to his MOTION FOR AN ORDER (I) AUTHORIZING THE SALE OF 10248 SW 12 STREET, PEMBROKE PINES, FL 33025, FREE OF LIENS, CLAIMS ENCUMBRANCES OR INTERESTS PURSUANT TO 11 U.S.C. §363; (II) APPROVING CONTRACT OF SALE; (III) APPROVING FORM AND MANNER OF NOTICE; AND (IV) APPROVING SURCHARGE OF COLLATERAL. The Trustee is still seeking to sell free and clear.

                                                    s/ Lawrence E. Pecan, III
                                                    Lawrence E. Pecan, III, Esquire
                                                    Florida Bar No. 99086
                                                    lpecan@melandrussin.com
                                                    MELAND RUSSIN & BUDWICK, P.A.
                                                    3200 Southeast Financial Center
                                                    200 South Biscayne Boulevard
                                                    Miami, Florida 33131
                                                    Telephone: (305) 358-6363
                                                    Telecopy: (305) 358-1221
                                                    *Attorneys for the Trustee*

{Firm Clients/8704/8704-1/01586084.DOC.}