UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

EFRAIN ROSARIO, Jr.                                    Case No. 14-26891-RBR
CYNTHIA L ROSARIO,                                     Chapter 7

      Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following paperless Order [ECF No. 53]:

Order to Set Status Hearing Re: Trustee's Motion to Sell Free and Clear of Liens [D.E. 38] and the Abandonment of the Request for a Surcharge [D.E. 51]. **SO ORDERED by Judge Raymond B Ray**. Movant is directed to serve copies of this text-only order upon required parties and file a certificate of service with the court pursuant to Local Rule 2002-1(F).(**This is a text-only order with no underlying PDF image entered pursuant to Local Rule 5005-4(F) and Local Rule 9021-1(A)**). Status hearing to be held on 03/25/2015 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Finley, Amanda) (Entered: 03/19/2015)

was served on March 19, 2015, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1.

Dated: March 24, 2015.            s/ Lawrence E. Pecan, III
                                    Lawrence E. Pecan, III, Esquire
                                    Florida Bar No. 99086
                                    lpecan@melandrussin.com
                                    MELAND RUSSIN & BUDWICK, P.A.
                                    3200 Southeast Financial Center
                                    200 South Biscayne Boulevard
                                    Miami, Florida  33131
                                    Telephone: (305) 358-6363
                                    Telecopy: (305) 358-1221
                                    *Attorneys for the Trustee*

# U.S. Bankruptcy Court

## Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Finley, Amanda entered on 3/19/2015 at 10:58 AM EDT and filed on 3/19/2015

**Case Name:** Efrain Rosario, Jr. and Cynthia L Rosario
**Case Number:** 14-26891-RBR
**Document Number:** 53

**Docket Text:**
Order to Set Status Hearing Re: Trustee's Motion to Sell Free and Clear of Liens [D.E. 38] and the Abandonment of the Request for a Surcharge [D.E. 51]. **SO ORDERED by Judge Raymond B Ray**. Movant is directed to serve copies of this text-only order upon required parties and file a certificate of service with the court pursuant to Local Rule 2002-1(F).(**This is a text-only order with no underlying PDF image entered pursuant to Local Rule 5005-4(F) and Local Rule 9021-1(A)**). Status hearing to be held on 03/25/2015 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Finley, Amanda)

The following document(s) are associated with this transaction:

**14-26891-RBR Notice will be electronically mailed to:**

Joseph B Battaglia on behalf of Creditor Bank of America, N.A.
sobkmail@wolfelawfl.com, jbattaglia@wolfelawfl.com

Reka Beane on behalf of Creditor Bank of America, N.A.
sobkmail@wolfelawfl.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Shirley Palumbo on behalf of Creditor Bank of America, N.A.
ecf@gladstonelawgroup.com, spalumbo@gladstonelawgroup.com

Shirley Palumbo on behalf of Creditor Fannie Mae ("Federal National Mortgage Association")
ecf@gladstonelawgroup.com, spalumbo@gladstonelawgroup.com

Lawrence E Pecan on behalf of Trustee Kenneth A Welt
lpecan@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Jeffrey Solomon, Esq on behalf of Debtor Efrain Rosario, Jr.
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Jeffrey Solomon, Esq on behalf of Joint Debtor Cynthia L Rosario
solomonjeffrey@hotmail.com, maria.solomonlaw@gmail.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trusteesolutions.net;court@trusteeservices.biz

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3200 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

**EXHIBIT 1**