

ORDERED in the Southern District of Florida on March 25, 2015.

_Raymond B. Ray_
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

In re:

EFRAIN ROSARIO, JR. and
CYNTHIA L ROSARIO,                                    Case No. 14-26891-RBR

    Debtors.                                             Chapter 7
_____/

### ORDER DENYING MOTION TO SELL FREE AND CLEAR OF LIENS [D.E. 38]

THIS MATTER came before the Court for a status conference on March 25, 2015 regarding the Trustee's Motion to Sell Free and Clear of Liens [D.E. 38] (the "Motion"), Bank of America, N.A.'s Objection [D.E. 41], the Supplemental Objection [D.E. 44], and the Trustee's Notice of Filing Abandonment of Request for Surcharge [D.E. 51] (the "Notice"). After reviewing the abandonment of the request to surcharge, the Court finds that there would be no value to the estate or the unsecured creditors. Therefore, it would be inappropriate to allow the Trustee to consummate this sale over the creditors' objections. Accordingly, after the Court having considered the Motion, Objections, Notice, court file, argument by counsel of the parties, and for the reasons stated on the record at this hearing and the hearing conducted on February 25, 2015, it is

    **ORDERED** that the Motion [D.E. 38] is **DENIED** without prejudice.

###

_The Clerk shall furnish copies of this Order to all parties of record._